

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-75,870

### EX PARTE JUSTIN MICHAEL DOUGLAS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-213-008223-0970911-A IN THE 213TH DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance and sentenced to three (3) years' imprisonment. He did not appeal his conviction.

In a single ground for review, Applicant contends that his conviction is constitutionally infirm. The trial court and the State agree that Applicant is entitled to relief, and the record supports this conclusion. Relief is granted. The judgment in Cause No. 0970911W in the 213th Judicial

District Court of Tarrant County is set aside, and Applicant is remanded to the custody of the Sheriff of Tarrant County to answer the charges against him.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: March 19, 2008
Do Not Publish